FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 31 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBYN LYNN GRAJEDA, | NO. SACV13-00171 DOC(ANx) |
| Plaintiff, | |
| vs. | [PROPOSED] PROTECTIVE ORDER REGARDING PRODUCTION OF RECORDS FROM ORANGE COUNTY DISTRICT ATTORNEY PURSUANT TO THIRD-PARTY SUBPOENA |
| CITY OF LA HABRA, J. SOUTHERN #581, and SGT. TIGNER #327, TOM SONOFF, Chief of Police, individually and as peace officers, DOES 1-10, | |
| Defendants. | |

Having reviewed the Stipulation by and between Plaintiff, Robyn Lynn Grajeda, Defendants City of La Habra, J. Southern, Sgt. Tigner, Tom Sonoff, and third party witness and custodian of records, Orange County District Attorney's Office ("OCDA"), and their attorneys of record, and GOOD CAUSE APPEARING, the Court ORDERS the following:

OCDA shall produce all responsive records to the subpoena; provided all records produced, ("Responsive records") be subject to the following ORDER:

1.  The attorneys of record for Plaintiff and Defendants and their staff, and any other attorney who receives said Responsive Records shall not copy nor reproduce any portion of said Records, except where necessary to submit to the Court. If any Responsive Record or Transcript is required to be submitted to the court, it

shall be done so under seal, in connection with court proceedings;

2. No part of the Responsive Records disclosed pursuant to this Protective Order shall be given to any party to the present action without first agreeing to be bound by the protective order. The Responsive Records produced by OCDA pursuant to this Stipulated Protective Order shall be used solely in connection with the case of *Grajeda v. City of La Habra, et al.*, Case No: SACV13-00171 DOC(ANx) including any associated appellate proceedings and collateral review, and not for any other purpose;

3. The Responsive Records produced to Plaintiff's and Defendants' counsel and any other attorneys of record in the present matter shall not be provided to any other third party not specifically identified within the present order;

4. If any other party to this civil litigation requests copies of the Responsive Records produced by the OCDA, counsel for OCDA shall first provide a copy of the Stipulated Protective Order to the requesting party. The requesting party shall confirm in writing that both the party and their attorney(s) of record shall be bound by the terms of the Stipulated Protective Order prior to disclosure of the requested records. The writing must also include consent by the party to whom disclosure is going to be made, to be subject to the jurisdiction of this Court with respect to any proceeding related to the enforcement of this Stipulated Protective Order, including but not limited to a proceeding for contempt;

5. Upon receipt of the acknowledgment, OCDA will produce to the requesting party's attorney a full set of the Responsive Records,

6. At the conclusion of this matter, whether through trial, appeal, collateral review, or other final disposition, all Responsive Records produced pursuant to the Subpoena and this Stipulated Protective Order, and all copies <u>shall be destroyed or returned to OCDA</u> at the option of the attorneys of record for Plaintiff, Defendants and any other attorney of record for a party to the present action who received the Responsive Records;

7. The production of Responsive Records and Testimony by OCDA pursuant to this Order shall not be deemed a waiver of the federal investigation privilege for any future purpose;

8. Attorneys, the parties and their respective employees, agents and other representatives, including investigators, are ordered not to disclose to any person or entity information obtained from the records without prior order of this Court;

9. This Order prohibiting any dissemination and disclosure of information from the documents and depositions applies in any further discovery proceedings; and

10. If Plaintiff, Plaintiff's counsel, Defendants, Defendants' counsel, or any other person or entity seeks relief from this Order, an appropriate noticed motion is to be served on the Orange County District Attorney, through his attorney of record, and all other parties.

IT IS SO ORDERED.

Dated: October 31, 2013

_____
Arthur Nakazato
United States Magistrate Judge

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I, Michele Koller, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My business address is 1631 East 18th Street, Santa Ana, California 92705-7101.

On October 30, 2013, I served the foregoing **[PROPOSED] PROTECTIVE ORDER REGARDING PRODUCTION OF RECORDS FROM ORANGE COUNTY DISTRICT ATTORNEY PURSUANT TO THIRD-PARTY SUBPOENA** on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| Thomas E. Beck, Esq.<br>THE BECK LAW FIRM<br>10377 Los Alamitos Boulevard<br>Los Alamitos, California 90720<br>Phone: (562) 795-5835<br>Fax: (562) 795-5821<br>Email: becklaw@earthlink.net<br>*Attorneys for Plaintiff* | Ray Armstrong, Esq.<br>Senior Deputy D.A.<br>Orange County DA's Office<br>401 Civic Center Drive West<br>Santa Ana, CA 92701<br>Phone: (714) 347-8795<br>Email: Ray.armstrong@da.ocgov.com<br>*Attorneys for Non-Party, Office of the Orange County District Attorney]* |

XXX (By Mail) I placed such envelope for deposit in accordance with office practice, sealed, with postage thereon fully paid and the correspondence to be deposited in the United States mail at Santa Ana, California on the same day.

XXX (By e-filing) I filed the document with the U.S. District Court via the CM/ECF system. Per ECF rules all individuals registered with the Court to receive notice of electronically filed documents will be served via electronic mail to the e-mail address they have on file with the Court. Any individual who has not consented to electronic service will be provided copies via U.S. Mail to the address specified by the Court in the Notice of Electronic Filing generated upon completion of the document filing.

___ (By Personal Service) I caused such envelope to be delivered by hand to the office of the addressee.

___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (Federal) I declare under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 30, 2013, at Santa Ana, California.

                                             /s/ Michele Koller
                                             Michele Koller